# Order

Michigan Supreme Court
Lansing, Michigan

March 23, 2009

137324

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHGIAN,
        Plaintiff-Appellee,

v

JAMARR ROBERT JOHNSON,
        Defendant-Appellant.

SC: 137324
COA: 286169
Wayne CC: 07-020980

_____/

      On order of the Court, the application for leave to appeal the August 1, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2009

_____
Clerk